ARNIE S. DRAWDY AND JOHN T. DRAWDY, *Appellants*, v. S. SUMMERLIN, *Appellee*.

Division A.

Opinion filed June 22, 1929.

*Gaines & Futch*, for Appellants;

*Pat Johnston*, for Appellee.

PER CURIAM.—This appeal is from a final decree in a foreclosure suit. There are fifteen assignments of error, all of which have been examined carefully. The proceedings were not in all respects conducted with that degree of care that they should have been, but we are impressed with the fact that such errors or irregularities as were committed were *de minimis* or harmless and that, therefore, the decree appealed from should be affirmed.

Affirmed.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur.